# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40853
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HECTOR FELIX GARZA-GONZALEZ,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 7:16-CR-558-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Hector Felix Garza-Gonzalez appeals the denial of his pro se motion for cancellation of supervised release. We have previously affirmed his conviction and sentence for illegal reentry. He abandons, by lack of briefing, his claim that he was "exempt from supervised release" because he is a deportable alien. The claim was frivolous in any event. *See United States v. Dominguez-Alvarado*, 695 F.3d 324, 329 (5th Cir. 2012).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40853

We need not consider his claims that he involuntarily signed a plea agreement and that his sentence is invalid under *Johnson v. United States*, 135 S. Ct. 2551 (2015), because he raises these claims for the first time on appeal. We note nonetheless that the claims are without any jurisdictional or factual basis. *See United States v. Early*, 27 F.3d 140, 141-42 (5th Cir. 1994). Because Garza-Gonzalez's appeal has no arguable basis in law or fact, it is DISMISSED AS FRIVOLOUS. *See United States v. Dunham*, 995 F.2d 45, 46 (5th Cir. 1993); 5TH CIR. R. 42.2.